1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID SABINO QUAIR, III,                    Case No.: 1:21-cv-00560-NONE-SKO

12                       Plaintiff,

13          v.                                     AMENDED ORDER GRANTING
                                                   APPLICATION TO PROCEED IN FORMA
                                                   PAUPERIS AND DIRECTING PAYMENT
14    OFFICER CRU, et al.,                         OF INMATE FILING FEE BY THE SHERIFF
                                                   OF THE KINGS COUNTY JAIL
15                       Defendants.
                                                   (Doc. 2)
16

17          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested

18   leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the

19   showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be

20   granted.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C.

21   §§ 1914(a), 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

22   percent of the preceding month's income credited to Plaintiff's trust account.  The Sheriff of the

23   Kings County Jail is required to send to the Clerk of Court payments from Plaintiff's account each

24   time the amount in the account exceeds $10, until the statutory filing fee is paid in full.  28 U.S.C.

25   § 1915(b)(2).

26          As to the status of his complaint, Plaintiff is advised that, pursuant to 28 U.S.C. §

27   1915(e)(2), the court must conduct an initial review of every pro se complaint proceeding in forma

28   pauperis to determine whether it is legally sufficient under the applicable pleading standards.  The

1

court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.  Plaintiff's complaint will be screened in due course.

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving the defendants pursuant to Federal Rule of Civil Procedure 4.

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.      Plaintiff's application to proceed in forma pauperis (Doc. 2) is GRANTED;

**2.      The Sheriff of the Kings County Jail or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account, and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.      The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Sheriff of the Kings County Jail, via the court's electronic case filing system (CM/ECF).

4.      The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

5.      The Order Granting Application to Proceed In Forma Pauperis and Directing Payment of Inmate Filing Fee by the Sheriff of the Kings County Jail (Doc. 3) is VACATED.[1]

---

[1] The prior order (Doc. 3) erroneously stated the amount of the filing fee as $402.00; the correct amount is $350.00.

IT IS SO ORDERED.

Dated:   **April 7, 2021**                                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE